H. B. A. REALTY CO., INC., Appellant, v. ALBERT KOFFMAN et al., Defendants-Respondents and Third-Party Plaintiffs-Respondents. WARREN F. SCHROEDER et al., Third-Party Defendants-Respondents.—

604

Bergan, P. J.,
Herlihy, Reynolds and Taylor, JJ., concur.